```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFFREY M. CHEMERINSKY (Cal. Bar No. 270756)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-6520
 7       Facsimile: (213) 894-0141
         E-mail:    jeffrey.chemerinsky@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| iPhone 6 Plus, IMEI 357000060427787 | No. 18-MJ-1363 |
|---|---|
| | GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE; DECLARATION OF JEFFREY M. CHEMERINSKY |
| | (UNDER SEAL) |

The United States of America, by and through its counsel of record, Assistant United States Attorney Jeffrey M. Chemerinsky, hereby applies for an order extending by 120 days the time within which the government may retain and search a digital device seized pursuant to a federal search warrant.

//
//
//
//

This application is based on the attached declaration of Jeffrey M. Chemerinsky and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: September 13, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ Jeffrey M. Chemerinsky
JEFFREY M. CHEMERINSKY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF JEFFREY M. CHEMERINSKY**

I, Jeffrey M. Chemerinsky, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital device seized pursuant to the warrant described below:

   a. iPhone 6 Plus, IMEI 357000060427787 (the "SUBJECT DIGITAL DEVICE").

3. On May 29, 2018, Special Agent Travis L. Pforr of the Federal Bureau of Investigation obtained a federal search warrant issued by the Honorable Frederick Mumm, United States Magistrate Judge, authorizing the search of the SUBJECT DIGITAL DEVICE.[1] This device was seized from Erwin Melgar on May 17, 2017, pursuant to a federal search warrant. The warrant issued by Judge Mumm, on May 29, 2018, which is incorporated herein by reference, authorized the search of the SUBJECT DIGITAL DEVICE for a period of 120 days to allow the government to search the SUBJECT DIGITAL DEVICE for evidence of violations of 18 U.S.C. §§ 1962(c) and (d).

4. On May 30, 2018, SA Pforr executed the warrant and attempted to extract the contents of the SUBJECT DIGITAL DEVICE, but was unsuccessful.

---

[1] The federal search warrant approved by Judge Mumm authorized the search of a second device. The search of that device is complete.

5. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICE is September 26, 2018.

6. Based on information provided to me by agents assigned to this matter, as mentioned above, I understand that SA Pforr attempted to extract the contents of the "SUBJECT DIGITAL DEVICE", because the SUBJECT DIGITAL DEVICE was password protected, encrypted, and had a broken screen. On July 3, 2018, the SUBJECT DIGITAL DEVICE was provided to the Orange County Region Computer Forensic Lab ("OCRCFL") for further analysis. However, OCRCFL was unable to unlock the SUBJECT DIGITAL DEVICE. On July 12, 2018, the SUBJECT DIGITAL DEVICE was sent to FBI Headquarters for examination. The unit at FBI Headquarters had a backlog of other devices in their queue and were unable to work on the device in the given amount of time.

7. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICE:

   a. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process. The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes substantial time.

//

b.   As set forth above, the SUBJECT DIGITAL DEVICE was password protected, encrypted, and had a broken screen.  OCRFL was unable to unlock the SUBJECT DIGITAL DEVICE.  Thus, the SUBJECT DIGITAL DEVICE was sent to FBI headquarters, where it is currently awaiting examination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 13, 2018

JEFFREY M. CHEMERINSKY