```
 1 | NICOLA T. HANNA
   | United States Attorney
 2 | LAWRENCE S. MIDDLETON
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | JEFFREY M. CHEMERINSKY (Cal. Bar No. 270756)
 4 | Assistant United States Attorney
   | Violent & Organized Crime Section
 5 |      1300 United States Courthouse
   |      312 North Spring Street
 6 |      Los Angeles, California 90012
   |      Telephone: (213) 894-6520
 7 |      Facsimile: (213) 894-0141
   |      E-mail:    jeffrey.chemerinsky@usdoj.gov
 8 |
   | Attorneys for Applicant
 9 | UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| iPhone 6 Plus, IMEI 357000060427787 | No. 18-MJ-1363 |
|---|---|
| | [PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE |

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital device:

   a.   iPhone 6 Plus, IMEI 357000060427787.

_____     _____
DATE                            UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Jeffrey M. Chemerinsky*
_____
JEFFREY M. CHEMERINSKY
Assistant United States Attorney